```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                       :   **16 CR 518 (VM)**

                                                    :   **ORDER**

KUN SHAN CHUN,                                    :

               Defendant.                           :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    On January 23, 2017, the Court sentenced defendant Kun Shan Chun to a term of incarceration of 24 months followed by one year of supervised release upon conviction of the offenses charged in this action. Mr. Chun was released from BOP custody on December 14, 2018 and completed his period of supervised release on December 14, 2019. By letter dated August 17, 2020 (see Dkt. No. 19), Mr. Chun requests the Court order the return of his passport, which he surrendered as a condition of pretrial release and which is currently in the custody of the United States Department of State. Accordingly, it is hereby

    **ORDERED** that the United States Department of State return to Mr. Chun his passport.

**SO ORDERED.**

Dated:   New York, New York
           August 19, 2020

                                                           _____
                                                               Victor Marrero
                                                                U.S.D.J.